**DISMISS; and Opinion Filed August 8, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00170-CR

### EX PARTE HENRY MUNOZ

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-0062**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal as moot. Appellant is appealing the trial court's order denying relief on his application for writ of habeas corpus seeking a reduction in two pretrial bail bonds. Appellant's motion represents appellant has posted bail and has been released on bond. Therefore, the appeal is now moot. *See Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.) (per curiam).

We grant appellant's motion, and we **DISMISS AS MOOT** this appeal.

/David J. Schenck/

Do Not Publish
TEX. R. APP. P. 47.2(b)

DAVID J. SCHENCK
JUSTICE

190170F.U05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

EX PARTE HENRY MUNOZ

No. 05-19-00170-CR

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-19-0062.
Opinion delivered by Justice Schenck,
Justices Osborne and Reichek participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 8th day of August, 2019.